HELEN L. BETENBAUGH, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. PRINCETON HOSPITAL, A NEW JERSEY
CORPORATION, ELLWOOD W. GODFREY AND R. J.
BELFORD, DEFENDANTS-APPELLANTS.

Argued November 6, 1967—Decided November 20, 1967.

*Mr. John A. Willette* for appellant, Princeton Hospital, (*Messrs. Williams & Willette,* attorneys).

*Mr. Daniel K. VanDorn* for appellant, Ellwood W. Godfrey, (*Messrs. Mead, Gleeson, Hansen & Pantages,* attorneys; *Mr. Victor C. Hansen,* of counsel).

*Mr. Robert J. C. McCoid* for appellant, R. J. Belford (*Messrs. Schneider & Morgan,* attorneys).

*Mr. Leonard J. Felzenberg* for respondents (*Messrs. Roskein, Kronisch & Felzenberg,* attorneys).

PER CURIAM. The judgment is affirmed for the reason expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For reversal*—None.